UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRAUER SUPPLY CO. 524(g) ASBESTOS PERSONAL INJURY TRUST, | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:09CV1640 RWS |
| ATLANTA INTERNATIONAL INS. CO., et al., | )<br>) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that the motion to compel [#76] is set for hearing on **Wednesday, November 3, 2010 at 10:00 a.m.** in courtroom 10-South. Plaintiff shall file its opposition to the motion to compel by **Monday, November 1, 2010.** No other briefing is permitted.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of October, 2010.